# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERSON GUARDADO CUELLAR, | Case No. 1:26-cv-01699-JLT-EPG-HC |
| Petitioner, | ORDER DIRECTING RESPONDENTS TO FILE CERTIFICATE OF SERVICE |
| v. | |
| CHRISTOPHER CHESTNUT, et al., | |
| Respondents. | |

Petitioner is an immigration proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On April 3, 2026, Respondents filed a motion to dismiss. (ECF No. 12.) Rule 5 of the Federal Rules of Civil Procedure provides that when a motion is served by means other than by filing it within the Court's electronic-filing system, "a certificate of service must be filed with it or within a reasonable time after service." Fed. R. Civ. P. 5(d)(1)(B)(i). Further, for motions conventionally served, the Local Rules require that proof of service "be endorsed upon or affixed to the original of the document when it is lodged or filed" and "shall be under penalty of perjury and shall include the date, manner and place of service." L.R. 135(c). Here, however, no certificate of service was attached to the motion to dismiss, and none has been filed subsequently.

///

Accordingly, IT IS HEREBY ORDERED that within **TWO (2) days** of the date of service this order, Respondent SHALL file a certificate of service of the motion to dismiss with the Court.

IT IS SO ORDERED.

Dated:   **April 6, 2026**                    /s/ Erin P. Grosjean
                                         UNITED STATES MAGISTRATE JUDGE